# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL B. RANDOLPH, IV, | : | |
| | : | No. 19-cv-2231-JMY |
| vs. | : | |
| | : | |
| JOHN WETZEL, et al., | : | |

| | | |
|---|---|---|
| SAMUEL B. RANDOLPH, IV, | : | |
| | : | No. 13-cv-4116-JMY |
| vs. | : | |
| | : | |
| JOHN WETZEL, et al. | : | |

## ORDER

**AND NOW**, this 30th day of April, 2025, upon consideration of *Plaintiff's Praecipe to Reinstate Complaint in Civil Action* (ECF No. 57), all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the accompanying Memorandum of law, it is hereby **ORDERED** that *Plaintiff's Praecipe to Reinstate Complaint in Civil Action* is **DENIED** and stricken from the docket.

It is further **ORDERED** that Defendants' *Motion to Strike Plaintiff's Reply/Sur-Reply in Further Opposition to Plaintiff's Praecipe to Reinstate Complaint* is **DENIED** as **MOOT**, and this action shall remain closed.

**BY THE COURT:**

  /s/ John Milton Younge  
Judge John Milton Younge
